# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:19-cv-00164-ELR |
| ) | |
| BUTTERMILK KITCHEN, LLC, a ) | |
| limited liability company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff Marcus Ingram and Defendant Buttermilk Kitchen, LLC (jointly, the "Parties") hereby give notice that a settlement has been reached in this action. The Parties are currently in the process of finalizing the settlement. In light thereof, a stipulation of dismissal or a status report will be submitted to the Court within the next three weeks.

Respectfully submitted this 23rd day of April, 2019.

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Amanda D. Proctor* |
| Pete M. Monismith | Walter H. Bush |
| Georgia Bar No. 941228 | Georgia Bar No. 098825 |
| Pete M. Monismith PC | Jason A. Morris |
| 3945 Forbes Avenue #175 | Georgia Bar No. 608298 |
| Pittsburg, PA 15213 | Amanda D. Proctor |

117868314.1

<table>
<tr><td>

(724) 610-1881  
(412) 258-1309 (fax)  
Email:   pete@monismithlaw.com

</td><td>

Georgia Bar No. 776848  
Carlton Fields, P.A.  
1201 West Peachtree Street  
Suite 3000  
Atlanta, Georgia 30309-3455  
(404) 815-3400  
(404) 815-3415 (fax)  
Email:     wbush@carltonfields.com  
                 jmorris@carltonfields.com  
                 aproctor@carltonfields.com

</td></tr>
<tr><td>

***Attorney for Plaintiff***

</td><td>

***Attorneys for Defendant***

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, along with any attachment(s), has been electronically filed through the Court's CM/ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing with e-mail and paper copies sent to those indicated as non-registered participants on April 23, 2019.

*/s/ Amanda D. Proctor*
Amanda D. Proctor
