IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARCUS INGRAM, | * | |
| Plaintiff, | * | |
| v. | * | 1:19-CV-00164-ELR |
| BUTTERMILK KITCHEN, LLC, | * | |
| Defendant. | * | |

# ORDER

Plaintiff and Defendant filed a Notice of Settlement [Doc. 8]. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the parties should promptly move to reopen the case.

**SO ORDERED**, this 26th day of April, 2019.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia