UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, individually,<br><br>Plaintiff,<br><br>v.<br><br>BUTTERMILK KITCHEN, LLC, a limited liability company,<br><br>Defendant. | CASE NO. 1:19-cv-00164-ELR |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

Respectfully submitted this 1st day of May , 2019.

| **PETE M. MONISMITH** | **CARLTON FIELDS, P.A.** |
|---|---|
| */s/ Pete M. Monismith* | */s/ Amanda D. Proctor* |
| Pete M. Monismith<br>Georgia Bar No. 941228<br>3945 Forbes Avenue #175<br>Pittsburgh, PA 15213 | Walter H. Bush<br>Georgia Bar No. 098825<br>Jason A. Morris<br>Georgia Bar No. 608298 |

117852662.1

Phone: (724) 610-1881  
Fax:    (412) 258-1309  
Email:  pete@monismithlaw.com

Amanda D. Proctor  
CARLTON FIELDS, P.A.  
1201 W. Peachtree Street  
Suite 3000  
Atlanta, Georgia 30309  
Phone: (404) 815-3400  
Fax:    (404) 815-3415  
Email:  wbush@carltonfields.com  
          jmorris@carltonfields.com  
          aproctor@carltonfields.com

*Attorney for Plaintiff*          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, along with any attachment(s), has been electronically filed through the Court's CM/ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing with e-mail and paper copies sent to those indicated as non-registered participants on May 1, 2019.

*/s/ Pete Monismith*
Pete M. Monismith
